IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY J. MCLACHLAN and ALEX D. GRAHAM, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN and JOHN DOES 1-20,<br><br>        Defendants. | Civil Action No. 2:22-cv-04115 |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and Local Rule 7.1, Defendant Board of Trustees of the Elevator Constructors Annuity and 401(k) Retirement Plan ("Defendant" or the "Board"), hereby moves to dismiss Plaintiffs' First Amended Complaint (the "Complaint"). In support of its Motion, Defendant states that: (1) Plaintiffs lack standing to pursue many of the investment-related claims in the Complaint; (2) Count I of the Complaint fails to state a claim upon which relief can be granted because the Complaint does not plausibly allege that the recordkeeping and administrative fees paid by the Elevator Constructors Annuity and 401(k) Retirement Plan ("Plan") were unreasonable or that Defendant breached any fiduciary duty with respect to the Plan's fees, investments, or services; and (3) Plaintiffs' ancillary failure-to-monitor claim in Count II fails to state a claim for which relief can be granted because it is entirely conclusory and—in any event—is derivative of and dependent on the Complaint's core fiduciary-breach claim and, therefore, fails with it. As set forth more fully in

91366472v.1

- 2 -

the supporting Memorandum of Law filed herewith, the Complaint should therefore be dismissed with prejudice.

DATED:  January 20, 2023

Respectfully submitted,

THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN

By: */s/ Samuel M. Schwartz-Fenwick*
       One of Its Attorneys

Samuel M. Schwartz-Fenwick
sschwartz-fenwick@seyfarth.com
Thomas M. Horan
thoran@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

John M. McIntire
jmcintire@odonoghuelaw.com
Jacob N. Szewczyk
jszewczyk@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., NW
Suite 800
Washington, DC 20015
Telephone: 202-362-0041

Attorneys for Defendant

91366472v.1

- 3 -

## CERTIFICATE OF SERVICE

I, Samuel Schwartz-Fenwick, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT to be served upon counsel of record by the Court's ECF system on this 20th day of January, 2023:

*/s Samuel Schwartz-Fenwick*
Samuel Schwartz-Fenwick

91366472v.1