UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY J. MCLACHLAN and ALEX D. GRAHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:22-cv-04115 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Bradley J. McLachlan and Alex D. Graham, (together, "Plaintiffs"), participants in the Elevator Constructors Annuity and 401(k) Retirement Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on August 22, 2024, and previously filed with the Court on August 22, 2024 (ECF No. 68-1);

2. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable manner under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

3. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

1

      A.      Memorandum of Law in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action; and

      B.      Declarations of Plaintiffs' Counsel, Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: February 24, 2025                Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Wells, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4101
Email: markg@capozziadler.com
       jayw@capozziadler.com

**MUHIC LAW LLC**
Peter A. Muhic, Esquire
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Facsimile: (717) 233-4101
Email: peter@muhiclaw.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                By:  *Mark K. Gyandoh*
                      Mark K. Gyandoh, Esq.