UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY J. MCLACHLAN and ALEX D. GRAHAM, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN and JOHN DOES 1-30,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO.:**<br>  2:22-cv-04115 |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS**

Plaintiffs, Bradley J. McLachlan and Alex D. Graham, (together, "Plaintiffs"), participants in the Elevator Constructors Annuity and 401(k) Retirement Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting class counsel attorneys' fees in the amount of $1,666,500.00, which represents approximately 33 1/3% of the settlement amount;

2. Directing reimbursement to Class Counsel in the amount of $22,923.82 of expenses incurred in the prosecution of the action;

3. Awarding a case contribution award of $8,000.00 to each of the Plaintiffs (Badley J. MacLachlan and Alex D. Graham); and

4. For such other relief as the Court may deem just and proper.

A proposed form of Order is submitted hereto. The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

   A. Memorandum of Law In Support of Plaintiffs' Motion for Award of

Attorneys' Fees and Reimbursement of Expenses and Case Contribution Awards.

B.      Declaration of Mark K. Gyandoh In Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement and In Support of Plaintiffs' Motion for An Award of Attorneys' Fees and Reimbursement of Expenses and Case Contribution Awards.

C.      Declaration of Plaintiff Bradley J. MacLachlan In Support of Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses and Case Contribution Awards.

D.      Declaration of Plaintiff Alex D. Graham In Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards.

Attached hereto is a proposed Order.

Dated: February 24, 2025                         Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Wells, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Email: markg@capozziadler.com
        jayw@capozziadler.com

**MUHIC LAW LLC**
Peter A. Muhic, Esquire
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ  08002
Telephone:  (856) 324-8252
Email: peter@muhiclaw.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By:    *Mark K. Gyandoh*
      Mark K. Gyandoh, Esq.