# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY J. MCLACHLAN & ALEX D. GRAHAM,** individually and on behalf of all others similarly situated,<br>*Plaintiffs,*<br><br>v.<br><br>**THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN et al.,**<br>*Defendants*. | **CIVIL ACTION**<br>**NO. 22-4115** |

## ORDER

**AND NOW**, this 27th day of February, 2025, considering Plaintiffs' Unopposed Motion for Final Settlement Approval (ECF 80) and Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards (ECF 81, 82), it is hereby **ORDERED** as follows:

1. <u>Case Contribution Awards:</u> Plaintiffs seeks $8,000.00 per Class Representative. Mot. for Fees at 19–20, ECF 81-1. Plaintiffs shall file details of each Class Representatives' specific tasks (e.g., sitting for depositions) and the time spent on each task within **ten (10) days** of this order.

2. <u>Attorneys' Fees:</u> Plaintiffs seek $1,666,500.00 in attorneys' fees. Gyandoh Decl. ¶¶ 54, 61–62, ECF 82. Plaintiff shall file the contemporaneous time records for Class Counsel and Plaintiffs' Counsel within **ten (10) days** of this order.

3. <u>Expenses:</u> Plaintiffs seek $22,923.82 in expenses. <u>Id.</u> ¶¶ 55–56. Plaintiffs shall file receipts, expense vouchers, and other documents that were used to prepare the expenses sum within **ten (10) days** of this order.

2

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4115 McLachlan et al v. International Union of Elevator Constructors et al\22-4115 Order re Submissions.docx