IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **BRADLEY J. MCLACHLAN & ALEX D. GRAHAM,** individually and on behalf of all others similarly situated, *Plaintiffs,* <br><br> v. <br><br> **THE BOARD OF TRUSTEES OF THE ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN et al.,** *Defendants*. | CIVIL ACTION <br> NO. 22-4115 |
|---|---|

## ORDER

**AND NOW**, this 15th day of April, 2025, is hereby **ORDERED** that Plaintiffs' Motion for Final Approval (ECF 80) is **GRANTED** and Plaintiffs' Motion for Attorneys' Fees, Litigation Expenses, and Incentive Awards (ECF 81) is **GRANTED in part and DENIED in part** as detailed below:

1. Each Named Plaintiffs shall be paid $1,000.00 per person as an Incentive Award from the Settlement Fund;

2. Class Counsel shall be paid $24,125.44 in expenses from the Settlement Fund;

3. Class Counsel shall be paid $950,000.00 in attorneys fees from the Settlement Fund.

The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4115 McLachlan et al v. International Union of Elevator Constructors et al\22-4115 Order on Final Approval, Fees, Expenses.docx